Michael F. Lynch, Esq.
Nevada Bar No. 8555
**LYNCH LAW PRACTICE, PLLC**
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Telephone: (702) 684-6000
Facsimile: (702) 543-3279
michael@lynchlawpractice.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LV RESTORATION & PLUMBING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS RESTORATION LLC, a Nevada limited liability company;<br>ARPINEH EBRAHIMIAN, an individual;<br>ARMEN HARUTYUNYAN, an individual;<br>NUBAR LUSIKYAN, an individual; and<br>LILIT TER BARSEGHYAN, an individual;<br><br>Defendants. | Case No. 2:20-cv-00531-GMN-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff, LV Restoration & Plumbing, Inc. ("Plaintiff") on the one hand, and Las Vegas Restoration LLC, Arpineh Ebrahimian, Armen Harutyunyan, Nubar Lusikyan, and Lilit Ter Barseghyan (collectively, the "Defendants") on the other hand, hereby stipulate and agree:

WHEREAS, the Plaintiff filed its Complaint in the Eighth Judicial District Court in Clark County, Nevada on February 13, 2020, case no. A-20-810480-C;

WHEREAS, the Defendants were all served with Summonses and the Complaint on February 26, 2020;

WHEREAS, prior to filing an answer or other response to the Complaint in state court, all Defendants joined in removing the case to federal court on March 13, 2020;

WHEREAS, Fed. R. Civ. Proc. 81 provides that after removal, a defendant who has not yet filed an answer before removal must answer or otherwise respond to the complaint within the longer

1

of: (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed. Fed. R. Civ. Proc. 81(c)(2)(B), (C);

WHEREAS, on information and belief, Defendants' answer or response to the complaint is therefore due by Friday, March 20, 2020;

WHEREAS, undersigned counsel for the Defendants was just retained as counsel on March 13, 2020, the parties stipulate and agree, subject to Court approval, that Defendants' deadline to file their response to the Complaint shall be extended to April 3, 2020; and

WHEREAS, this is the parties' first stipulation to extend this deadline,

The parties respectfully stipulate, agree, and request that the Court grant this stipulation.

Dated March __18__, 2020.

THE MEDRALA LAW FIRM, PROF. LLC

/s/ Jakub P. Medrala
Jakub P. Medrala, Esq.
Nevada Bar No. 12822
1091 S. Cimarron Road, Suite A-1
Las Vegas, Nevada 89145
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Plaintiff*

Dated March __18__, 2020.

LYNCH LAW PRACTICE, PLLC

/s/ Michael F. Lynch
Michael F. Lynch
Nevada Bar No. 8555
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
(702) 684-6000
michael@lynchlawpractice.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2020